**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Craig CAMPBELL, Defendant–Appellant.**

No. 15–7092.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 9, 2015.

Decided: Sept. 14, 2015.

Craig Campbell, Appellant Pro Se. Gary L. Call, Assistant United States Attorney, Betty Adkins Pullin, Office of the United States Attorney, Charleston, West Virginia; John Lanier File, Assistant United

States Attorney, Beckley, West Virginia, for Appellee.

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig Campbell appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Campbell,* No. 1:02–cr–00221–1 (S.D.W.Va. June 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*